UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CASTILLO

Plaintiff,

-against-

CITY OF NEW YORK, et. al.

Defendants.

25-CV-10506 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 30, 2026, I ordered the parties to, among other things, file on the docket a joint update on the status of discovery and any settlement discussions on the first business day of every month until the close of discovery, including on July 1, 2026. (*See* ECF 14.) The parties have not complied. Accordingly, I am nunc pro tunc extending the parties' deadline to file their joint status update until **July 7, 2026**.

DATED: July 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**