UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CASTILLO

Plaintiff,

-against-

CITY OF NEW YORK, et. al.

Defendants.

25-CV-10506 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court is in receipt of Defendants' update on the status of discovery. My order requires parties to file joint discovery updates. Plaintiff's counsel called chambers today to say that he had informed Defendants' counsel that he was out of the country and would be unable to file his own status update until August 10, 2026 and that he asked Defendants' counsel to let the Court know. It would have been preferable if Defendants had requested an extension of time to submit the update, so that it could include information from both parties. However, since Defendants chose to proceed with filing an update from them only, it would have been courteous of them to share that Plaintiff's counsel was out of the country and planned to submit his own update on August 10, 2026.

DATED: August 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**