UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CASTILLO

Plaintiff,

-against-

CITY OF NEW YORK, et. al.

Defendants.

25-CV-10506 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall meet and confer further on document production, along the lines discussed at the discovery conference held on August 13, 2026. A joint status update shall be provided to the Court on **August 28, 2026**.

DATED: August 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**