UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CASTILLO

Plaintiff,

-against-

CITY OF NEW YORK, et. al.

Defendants.

25-CV-10506 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's motion to compel (ECF 30) is GRANTED. As discussed at the status conference held on September 28, 2026, discovery in this matter has dragged on far longer than should have been necessary. Accordingly, by **October 9, 2026**, Defendants shall produce amended responses and objections to Plaintiff's discovery requests and all remaining documents. To the extent that there are documents that would be expected to have existed that Defendants are unable to locate by that date, Plaintiff may make a motion seeking spoliation sanctions by **October 16, 2026**, with any opposition due by **October 30, 2026**, and any reply in further support due by **November 6, 2026**.

Separately, Plaintiff has indicated his desire to amend the complaint to include recently identified medical providers. Plaintiff shall provide Defendants with a proposed amended complaint and blackline against the current version of the complaint by **October 2, 2026**. Defendants shall inform Plaintiff by **October 7, 2026** if they consent to the amendment. If Defendants decline to consent, Plaintiff's motion to amend shall be due by **October 16, 2026**, with Defendants' opposition being due **October 30, 2026**, and Plaintiff's reply being due by **November 6, 2026**.

Plaintiff has advised the Court that further settlement efforts could be productive once Defendants have completed their document production.

The Clerk of Court is respectfully requested to terminate ECF 30.

DATED: September 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**