**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Castillo Plaintiff,**

**-against-**

**The City of New York,**
**Defendant.**

**25-cv-10506 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Given that this case has settled, the Parties are directed to file a stipulation of dismissal within 30 days and the Clerk of Court is respectfully directed to terminate this case in 30 days.

**SO ORDERED.**

Dated: October 1, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**